■ The People of the State of New York, Respondent, v Saalih Zaki Mustafa, Appellant. [865 NYS2d 588]—Judgments,

Supreme Court, New York County (Michael Obus, J.), rendered on or about February 1, 2007, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Friedman, Nardelli, Williams and Freedman, JJ.